

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00821-CV

**IN THE INTEREST OF N.E.B., A.T.G, AND N.V.G., CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00200
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was initially due on December 27, 2017. *See* TEX. R. APP. P. 35.1(b). One volume of the reporter's record was timely filed, and we set the due date for Appellants' briefs.

On January 26, 2018, after we granted a first motion of extension of time to file the briefs, Appellant Dad's attorney advised the court that the reporter's record for November 9, 2017, has not been filed. On January 30, 2018, court reporter Elva G. Chapa notified this court that the record for November 9, 2017, had not been previously requested, but she would file it by February 5, 2018.

The court reporter's request for additional time to file the record is GRANTED. The reporter's record is due on February 5, 2018.

Because the appellate record is not yet complete, we withdraw the due date for Appellants' briefs. *See* TEX. R. APP. P. 38.6(a). Appellants' briefs will be due TWENTY DAYS after the reporter's record is filed. Appellants' motions for extension of time to file the briefs are MOOT.

The children's "need for permanence is the paramount consideration for the child's present and future physical and emotional needs." *See Dupree v. Tex. Dep't of Protective & Regulatory Servs.*, 907 S.W.2d 81, 87 (Tex. App.—Dallas 1995, no writ). This court must render its decision "with the least possible delay." Any further delays in obtaining the reporter's record or Appellants' briefs will hinder this court in its duty. *See* TEX. R. APP. P. 35.3(c); *In re J.L.*, 163 S.W.3d 79, 82 (Tex. 2005) (quoting TEX. FAM. CODE ANN. § 263.405(a) (West 2014)).

**Any further requests for extension of time to file the reporter's record or Appellants' briefs are discouraged.**

Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.



KEITH E. HOTTLE,
Clerk of Court